## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

**ANDRES GOMEZ,**

    **Plaintiff**                                               Case Number:  0:21-cv-60004-RKA

**MISSION BBQ MARKET PARTNERS OF SOUTHERN FLORIDA, LLC.,**

  **Defendant**

_____/

### NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, pursuant to FRCP 41(a)(1)(A)(i) hereby gives this Honorable Court notice of dismissal of this action with prejudice and, unless otherwise agreed, each party shall bear their own attorney's fees and costs.

                                                                    Respectfully submitted,

Dated: January 22, 2021                     */s/ Alberto R. Leal*.
                                                               Alberto R. Leal
                                                               Florida Bar No.: 1002345
                                                               E-Mail: al@thelealfirm.com
                                                               The Leal Law Firm, P.A.