UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60004-CIV-ALTMAN/Hunt

**ANDRES GOMEZ,**

    *Plaintiff,*

v.

**MISSION BBQ MARKET PARTNERS
OF SOUTHERN FLORIDA, LLC**,

    *Defendant.*
_____/

**ORDER**

**THIS MATTER** comes before the Court on the Plaintiff's Notice of Dismissal with Prejudice [ECF No. 5]. The Court hereby **ORDERS AND ADJUDGES** as follows:

1. The above-styled action is administratively **CLOSED**.

2. The Complaint is **DISMISSED with prejudice**, with the parties to bear their own attorneys' fees and costs associated with this action.

3. All pending deadlines and hearings are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 25th day of January 2021.

                                                  _____
                                                  **ROY K. ALTMAN
                                                  UNITED STATES DISTRICT JUDGE**

cc:    counsel of record